

1
2
3
4
5
6
7
8           UNITED STATES DISTRICT COURT
9           CENTRAL DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     ) NO. 5:24-cr-00143-SSS
                                  )
12              Plaintiff,        )
                                  )
13       v.                       ) ORDER OF DETENTION AFTER
                                  ) HEARING
14  TINO SORIANO,                 )
                                  ) [Fed. R. Crim. P. 32.1(a)(6);
15              Defendant.        ) 18 U.S.C. § 3143(a)]
                                  )
16  _____)
17
18       The defendant having been arrested in Los Angeles pursuant to a warrant issued by the
19  United States District Court for the Central District of California for alleged violation of the
20  terms and conditions of the defendant's supervised release; and
21       The Court having conducted a detention hearing pursuant to Federal Rule of Criminal
22  Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),
23       The Court finds that:
24  \\
25  \\
26  \\
27
28

A. (X) The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's history of failures to report contacts with law enforcement;

and

B. (X) The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's criminal history, including violence against other individuals, and history of substance abuse.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: September 5, 2024

HON. KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE